Phone: 865-337-5887
7660 S. Northshore Drive
Knoxville, TN 37919

# Pain/Inflammation

Fax: 865-337-5889

SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name:_____ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

---

1 ◯ Diclofenac _____ 3%
Prilocaine _____ 3%
Nifedipine _____ 2%
Qty 60g

2 ◯ Diclofenac _____ 1%
Carbamazepine _____ 3%
Amitriptyline _____ 4%
Qty 360g

Use in conjunction with _____ g Lidocaine 5% (2-4g 3-4 x QD w/cream)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

---

3 ☑ Ketoprofen _____ 2%
Lidocaine _____ 2%
Cyclobenzaprine _____ 1%

4 ◯ Baclofen _____ 1%
Cyclobenzaprine _____ 1%
Lidocaine _____ 2%

5 ◯ _____ %
_____ %
_____ %

*QTY 120   2RF
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

---

### Add on/substitution

1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide 0.1% cream _____ g
5) Bensal HP _____ g
6) Diclofenac 3% _____
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream
7) Chlorzoxazone 250mg tabs #60 Take 1 BID    2R
8) Scarcin _____ Apply BID

---

ok per benji

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient I_____
Address:_____
Allergies:_____
Insurance:_____ Policy:_____
Group:_____ Pharmacy:_____

Physician's Signature: _____ Date: 1/29/19
authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889


Rocky Hill Pharmacy

SENT  Y  N

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: J____ E____  DOB:_____  SSN:_____
Address:_____  Phone:_____
Allergies:_____  Pharmacy:_____

---

1 ⃝ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
WITH Lidocaine/HC ___/___ % #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
⃝ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ⃝ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

---

3 ⃝ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4 ⃝ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5 ⃝ _____ %
   _____ %
   _____ %

*QTY_____
⃝ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

---

Add on/substitution

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% _____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC ___/___% _____ Boxes
(11) Diflorasone 0.05% __120__ g

2) Calcipotriene 0.005% _____ g
4) Fluocinonide ___% cream _____ g
6) Diclofenac 1% or 3% _____ g
8) Doxepin 5% _____ g
10) Halobetasol 0.05% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name __Joseph Dichiara__ NPI:___
Phone:_____  Fax:_____

spoke with office and apporval given by Dr Dichiara for add of dflorasone iont 120g to se in conjuction iwth compound 07/07/20

⃝ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

Physician's Signature:_____  Date: 7/6/20  Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887  

Pain/Inflammation  

Fax: 865-337-5889  
SENT   Y   N  


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: B___ C___  DOB:_____ SSN:_____  
Address:_____ Phone:_____  
Allergies:_____ Pharmacy:_____

1. ◯ Diclofenac_____ 3% ~~(crossed out)~~  
   Baclofen_____ 2%  
   Cyclobenzaprine_____ 2%  
   Ketoprofen_____ 4%  
   _____%  
   Qty __120g__  
   WITH Lidocaine/HC __/__% #3boxes  
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)  
   ◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2. ● Ketoprofen_____ 10%  
   Amitriptyline_____ 2%  
   Diclofenac_____ 2%  
   _____%  
   Qty __360g__  
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
   OR WITH Lidocaine 5% 150g

ok to change per benji

3. ◯ Ketoprofen_____ 2%  
   Lidocaine_____ 2%  
   Cyclobenzaprine_____ 1%  
   _____%  

4. ◯ Baclofen_____ 1%  
   Cyclobenzaprine_____ 1%  
   Lidocaine_____ 2%  
   _____%  

5. ◯ _____%  
   _____%  
   _____%  

*QTY_____  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

### Add on/substitution
1) Lidocaine 5% _____ g  
2) Calcipotriene 0.005% _____ g  
3) Taclonex _____ g  
4) Fluocinonide ___% cream _____ g  
5) Lidocaine7/Tetracaine7% _____ g  
6) Diclofenac 1% or 3% _____ g  
7) Hydrocortisone Buty 0.1% _____ g  
8) Doxepin 5% _____ g  
9) Lidocaine/HC __/__% _____ Boxes  
10) Halobetasol 0.05% _____ g  
11) Diflorasone 0.05% _____ g  

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____  
Phone:_____ Fax:_____  
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

Physician's Signature: _____  Date: 5/29/20  Refills: 2  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

Request Refill Authorization From:

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax: (865) 337-5889
Date: 08/04/2020 3:57 PM

Sent By: Tiffany Haney

Rx: 110710  Date Written: 04/27/2020
            Last Filled: 06/23/2020

Dispensed 3 time(s) for a total Qty of 1,080.0000

Refills Originally Authorized: 2

We request refill/renewal
authorization on behalf of your patient

Please fax or call this Request to
ROCKY HILL PHARMACY
Fax: (865) 337-5889
Phone: (865) 337-5887

**CALL IN/BENJI**

Comments:

---

Date: 08/04/2020    Rx #: 110710

Patient:
T████ F████

Phone: ████    DOB: ████
Medication: KETO10/AMIT2/DICLO2

Qty Written: 360.00000
Last Filled: 06/23/2020
Directions:
Apply 2 to 4 pumps (1gm/pump) to painful area 3-4 times daily (max 12g/day)

Approved: ☑    Denied: ☐
Memo:
Plus ____ Refills    Date: __/__/____
Change Directions: ☐

Signature: _____
Doctor: DR. JOSEPH DICHIARA JR
1718 SAINT MARY ST
KNOXVILLE, TN 37917-4517
Phone:          DEA: FD5607986
Fax:            Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Request Refill Authorization From:

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax:   (865) 337-5889
Date:  08/04/2020 3:57 PM
Sent By: Tiffany Haney

Rx: 110709     Date Written: 04/27/2020
               Last Filled:  06/23/2020

Dispensed 3 time(s) for a total Qty of 450.0000

Refills Originally Authorized: 2

We request refill/renewal authorization on behalf of your patient

Please fax or call this Request to
    ROCKY HILL PHARMACY
    Fax:   (865) 337-5889
    Phone: (865) 337-5887

---

Date: 08/04/2020     Rx #: 110709
Patient:
    T████ F████

Phone: ████     DOB: ████
Medication: LIDOCAINE 5% OINTMENT
    Substituted for Brand Prescribed

Qty Written: 150.00000
Last Filled: 06/23/2020
Directions:
Apply 2-4 grams topically to affected area(s) 3-4 times daily in conjunction with compounded cream

Approved: ☑     Denied: ☐
Memo:                    ok per Benji
Plus  0  Refills   Date:
Change Directions: ☐

Signature: _____
Doctor: DR. JOSEPH DICHIARA JR
        1718 SAINT MARY ST
        KNOXVILLE, TN 37917-4517
Phone:              DEA: FD5607986
Fax:                Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

Comments:

---

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.



7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT Y N

**Rocky Hill Pharmacy**

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

---

1 ◯ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %

   Qty __120g__
   WITH Lidocaine/HC __/__% #3boxes
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)

2 ◯ Ketoprofen _____ 10%  *(circled)*
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %

   Qty __360g__
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

---

3 ◯ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4 ◯ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5 ◯ _____ %
   _____ %
   _____ %

*QTY _____

◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

---

**Add on/substitution**

1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide 0.1% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Tacrolimus 0.03% oint _____ g
10) Lidocaine/HC __/__% _____ Boxes
(11) Diflorasone 0.05% __120__ g  ointment  *(circled)*

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

---

Physician name _____ NPI: _____
Phone: _____ Fax: _____

approved per MD per Benji for diflorasone 0.05% 120gm

◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL ____

Physician's Signature: _____ Date: 4/16/20  Refills: 2

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT  Y  N



Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: D____ 4____ DOB: _____ SSN: _____  
Address: _____ Phone: _____  
Allergies: _____ Pharmacy: _____

1 ◯ Diclofenac ____ 3%  
    Baclofen ____ 2%  
    Cyclobenzaprine ____ 2%  
    Ketoprofen ____ 4%  
    ____ %  
    Qty __120g__  
WITH Lidocaine/HC __/__% #3boxes  
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen ____ 10%  
    Amitriptyline ____ 2%  
    Diclofenac ____ 2%  
    ____ %  
    Qty __360g__  
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
OR WITH Lidocaine 5% 150g

ok per office

3 ◯ Ketoprofen ____ 2%  
    Lidocaine ____ 2%  
    Cyclobenzaprine ____ 1%  
    ____ %

4 ◯ Baclofen ____ 1%  
    Cyclobenzaprine ____ 1%  
    Lidocaine ____ 2%  
    ____ %

5 ◯ ____ %  
    ____ %  
    ____ %

*QTY _____  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

Add on/substitution

1) Lidocaine 5% ____ g  
2) Calcipotriene 0.005% ____ g  
3) Taclonex ____ g  
4) Fluocinonide 0.1% cream ____ g  
5) Lidocaine7/Tetracaine7% ____ g  
6) Diclofenac 1% or 3% ____ g  
7) Hydrocortisone Buty 0.1% ____ g  
8) Doxepin 5% ____ g  
9) Lidocaine/HC __/__% ____ Boxes  
10) Diflorasone 0.05% ____ g  
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____ NPI: _____  
Phone: _____ Fax: _____  
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____ Date: 2/0/20 Refills: _____  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

Request Refill Authorization From:

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax: (865) 337-5889
Date: 04/14/2020 3:41 PM

Sent By: Tiffany Haney

Rx: 109908        Date Written: 03/06/2020
                  Last Filled:  03/18/2020

Dispensed 1    time(s) for a total Qty of 360.0000

Refills Originally Authorized: 0

We request refill/renewal
authorization on behalf of your patient

Please fax or call this Request to
    ROCKY HILL PHARMACY
    Fax:   (865) 337-5889
    Phone: (865) 337-5887

Phone per Benji

Comments:

---

Date: 04/14/2020    Rx #: 109908

Patient:
D█████ H█████

Phone: ████████    DOB: ████████
Medication: KETO10/AMIT2/DICLO2

Qty Written: 360.00000
Last Filled: 03/18/2020
Directions:
Apply 2 to 4 pumps (1gm/pump) to painful area 3-4 times daily (max 12g/day)

Approved: ✓        Denied: ☐
Memo:
Plus  2  Refills    Date:  /  /
Change Directions: ☐

Signature: _____
Doctor: DR. JOSEPH DICHIARA JR
        1718 SAINT MARY ST
        KNOXVILLE, TN 37917-4517
Phone:                DEA: FD5607986
Fax:                  Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

---

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

**Rocky Hill Pharmacy**
7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887
Fax: 865-337-5889

Pain/Inflammation

SENT   Y   N

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: A___ H___  DOB:_____  SSN:_____
Address:_____  Phone:_____
Allergies:_____  Pharmacy:_____

1○ Diclofenac_____ 3%
   Baclofen_____ 2%
   Cyclobenzaprine___ 2%
   Ketoprofen_____ 4%
   _____ %
   Qty 120g
WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2○ Ketoprofen_____ 10%
   Amitriptyline_____ 2%
   Diclofenac_____ 2%
   _____ %
   Qty 360g
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3○ Ketoprofen_____ 2%
   Lidocaine_____ 2%
   Cyclobenzaprine___ 1%
   _____ %

4○ Baclofen_____ 1%
   Cyclobenzaprine___ 1%
   Lidocaine_____ 2%
   _____ %

5○ _____ %
   _____ %
   _____ %

*QTY_____
○Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

**Add on/substitution**
1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g  [300g ok per office]
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC ___/___% _____ Boxes
10) Halobetasol 0.05% _____ g
11) Diflorasone 0.05% _____ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____  NPI:_____
Phone:_____  Fax:_____
*The pharmacy may substitute based on insurance coverage or limitations.*  INITIAL_____

Physician's Signature: _____  Date: 5/6/20  Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT Y N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: G____ J____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

1) ⊙ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
   WITH Lidocaine/HC __/__% #3boxes
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
   ○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2) ○ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

3) ○ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4) ○ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5) ○ _____ %
   _____ %
   _____ %

*QTY_____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

**Add on/substitution**

1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide 0.1% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes
10) Diflorasone 0.05% __120__ g  ointment

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____ NPI: _____
Phone: _____ Fax: _____
○ The pharmacy may substitute based on insurance coverage or limitations. INITIAL _____

Physician's Signature: _____ Date: 3/31/20  Refills: 3
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

spoke with Benji and approved secondary cream by MD 03/31/20

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT  Y  N

Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: M____ R____   DOB:_____  SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

---

1) ◯ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2) ◯ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

---

3) ◯ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4) ◯ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5) ◯ _____ %
   _____ %
   _____ %

*QTY_____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

---

Add on/substitution

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% _____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC __/__% _____ Boxes
⓫ Diflorasone 0.05% __120__ g

2) Calcipotriene 0.005% _____ g
4) Fluocinonide __% cream _____ g
6) Diclofenac 1% or 3% _____ g
8) Doxepin 5% _____ g
10) Halobetasol 0.05% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

approval to add Diflorasone oint. 120g per Dr Dichiara per phone 07/08/20

Physician name_____  PI:_____
Phone:_____  Fax:_____
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

---

Physician's Signature: _____  Date: 7/8/20  Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

# PAIN / INFLAMMATION


Rocky Hill Pharmacy

7660 S. NorthShore Drive Knoxville, TN 37919   Phone: 865-337-5887   FAX: 865-337-5889

**PATIENT INFO:**
NAME: A___ L___   DOB: ___   SSN: ___
ADDRESS: ___   PHONE: ___
ALLERGIES: ___   PHARMACY: ___

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION -OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

The checked box signifies the originally prescribed and preferred medication(s) for my patient. If for any reason my patient cannot receive the originally prescribed compounded therapy, I order that the pharmacy shall separate out any individual RX prescribed if insurance coverage or limitations dictate it.

### TOPICAL COMPOUNDS

☐ Diclofenac ___ 1%    *Diflorasone ___ 0.05%
  Ketoprofen ___ 4%    *Halobetasol ___ 0.05%
  Cyclobenzaprine ___ 2%    *Fluocinonide ___ 0.1%
  Lidocaine ___ 5%    ___ %
  ___ %

*Only one steriod will be used   Qty: 120 g

☐ Baclofen ___ 1%    *Diflorasone ___ 0.05%
  Cyclobenzaprine ___ 1%    *Halobetasol ___ 0.05%
  Lidocaine ___ 2%    *Fluocinonide ___ 0.1%
  ___ %

*Only one steriod will be used   Qty: ___ g

☑ Ketoprofen ___ 10%    With Lidocaine 5% 150g.
  Amitriptyline ___ 2%    Apply 2-3g top 3-4 x QD w/
  Diclofenac ___ 2%    compound (30 DS)

Qty: 360 g

SIG: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

☑ The pharmacy may separate out to the following based on insurance coverage or limitations. Initial ___

Diclofenac 1% 300g; Lidocaine 5% 150g; Diflorasone 0.05% 120g; Halobetasol 0.05% 60g, Fluocinonide 0.1% 120g

SIG: Apply 1-2grams topically 1-3 times daily used in conjunction with compounded cream. (30 DS)

**ADD ON OPTIONS:**
1. Calcipotriene 0.005% ___ g    4. Betamethasone ___ % ___ g
2. Taclonex ___ g    5. Hydrocortisone Buty 0.1% ___ g
3. Doxepin 5% ___ g

SIG: ☑ Apply 2-4 grams top 3-4 times daily used in conjunction with compounded cream. (30 DS)
☐ Apply 1-2 grams top 1-3 times daily used in conjunction with compounded cream. (30 DS)

"ok per op office"

### PAIN/INFLAMMATION

☐ Ibuprofen/Famotidine 800-26.6mg Tablet QTY #90 1 TID OR Ketoprofen 25mg Capsule QTY #90 1 TID

### MUSCLE RELAXANTS

☐ Chlorzoxazone 375mg Tablet QTY #60 1 TID OR Chlorzoxazone 250mg Tablet QTY #90 1 TID

### ULCER PREVENTION

☐ Omeprazole/Bicarb 40-1,100 Capsule QTY #30 1 QD OR Omeprazole/Bicarb 20-1,100 Capsule QTY #30 1 QD

### SUPPLEMENTS

☐ Azesco Tablet QTY #60 1 BID OR Xvite Tablet QTY #60 1 BID OR Ortho DF Tablet QTY #30 1 QD
☐ Zelac Probiotic Capsule QTY #30 1 QD

PHYSICIAN'S NAME: ___   NPI: 1041158835
PHONE: 865-633-9469   FAX: 865-633-9474
PHYSICIAN'S SIGNATURE: ___   DATE: 2-8-23   REFILL: 0

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889  
SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: M____ L____  DOB: ____  SN: ____  
Address: ____  Phone: ____  
Allergies: ____  Pharmacy: ____

1 ◯ Diclofenac _____ 3%  
   Baclofen _____ 2%  
   Cyclobenzaprine _____ 2%  
   Ketoprofen _____ 4%  
   _____ %  
   Qty __120g__  
   WITH Lidocaine/HC __/__% #3 boxes  
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)  

2 ◯ Ketoprofen _____ 10%  
   Amitriptyline _____ 2%  
   Diclofenac _____ 2%  
   _____ %  
   Qty __360g__  
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
   OR WITH Lidocaine 5% 150g  

◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3 ◯ Ketoprofen _____ 2%  
   Lidocaine _____ 2%  
   Cyclobenzaprine _____ 1%  
   _____ %  

4 ◯ Baclofen _____ 1%  
   Cyclobenzaprine _____ 1%  
   Lidocaine _____ 2%  
   _____ %  

5 ◯ _____ %  
   _____ %  
   _____ %  

*QTY _____  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)  (CASH)

Add on/substitution

1) Lidocaine 5% _____ g  
2) Calcipotriene 0.005% _____ g  
3) Taclonex _____ g  
4) Fluocinonide 0.1% cream _____ g  
5) Lidocaine7/Tetracaine7% _____ g  
6) Diclofenac 1% or 3% _____ g  
7) Hydrocortisone Buty 0.1% _____ g  
8) Doxepin 5% _____ g  
9) Lidocaine/HC __/__% _____ Boxes  
10) Diflorasone 0.05% _____ g  

halobetasol 0.05% cr

spoke with offiice and approved per MD for halobetasol cream

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name __Dr Dichiara__  NPI: _____  
Phone: _____  Fax: _____  
◯ The pharmacy may substitute based on insurance coverage or limitations. INITIAL _____

Physician's Signature: _____  Date: __4/3/20__  Refills: _____  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889  
SENT  Y  N

**Rocky Hill Pharmacy**

---

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: _____ DOB: _____ SSN: _____  
Address: _____ Phone: _____  
Allergies: _____ Pharmacy: _____

---

1 ◯ Diclofenac _____ 3%  
   Baclofen _____ 2%  
   Cyclobenzaprine _____ 2%  
   Ketoprofen _____ 4%  
   _____ %  
   Qty __120g__  
WITH Lidocaine/HC __/__% #3boxes  
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen _____ 10%  
   Amitriptyline _____ 2%  
   Diclofenac _____ 2%  
   _____ %  
   Qty __360g__  
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
OR WITH Lidocaine 5% 150g

---

3 ◯ Ketoprofen _____ 2%  
   Lidocaine _____ 2%  
   Cyclobenzaprine _____ 1%  
   _____ %

4 ◯ Baclofen _____ 1%  
   Cyclobenzaprine _____ 1%  
   Lidocaine _____ 2%  
   _____ %

5 ◯ _____ %  
   _____ %  
   _____ %

*QTY_____  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

---

**Add on/substitution**

1) Lidocaine 5% _____ g  
3) Taclonex _____ g  
5) Lidocaine7/Tetracaine7% _____ g  
7) Hydrocortisone Buty 0.1% _____ g  
9) Lidocaine/HC __/__% _____ Boxes  
11) Diflorasone 0.05% __120__ g  

2) Calcipotriene 0.005% _____ g  
4) Fluocinonide ___% cream _____ g  
6) Diclofenac 1% or 3% _____ g  
8) Doxepin 5% _____ g  
10) Halobetasol 0.05% _____ g  

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

approval given by Dr Dichaiara to add diflorasone oint 120g per phone 07/08/20

Physician name _____ NPI: _____  
Phone: _____ Fax: _____  
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____ Date: 7/7/20 Refills: 2  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887  

Pain/Inflammation  
Fax: 865-337-5889  
SENT  Y  N  

Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: _____ DOB: _____ SSN: _____  
Address: _____ Phone: _____  
Allergies: _____ Pharmacy: _____

1 ◯ Diclofenac ____ 3%  
    Baclofen ____ 2%  
    Cyclobenzaprine ____ 2%  
    Ketoprofen ____ 4%  
    ____ %  
    Qty 120g  
WITH Lidocaine/HC __/__% #3boxes  
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)

2 ◯ Ketoprofen ____ 10%  
    Amitriptyline ____ 2%  
    Diclofenac ____ 2%  
    ____ %  
    Qty 360g  
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
OR WITH Lidocaine 5% 150g  

◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3 ◯ Ketoprofen ____ 2%  
    Lidocaine ____ 2%  
    Cyclobenzaprine ____ 1%  
    ____ %  

4 ◯ Baclofen ____ 1%  
    Cyclobenzaprine ____ 1%  
    Lidocaine ____ 2%  
    ____ %  

5 ◯ ____ %  
    ____ %  
    ____ %  

*QTY _____  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)  (CASH)

**Add on/substitution**

1) Lidocaine 5% ____ g  
2) Calcipotriene 0.005% ____ g  
3) Taclonex ____ g  
4) Fluocinonide ___% cream ____ g  
5) Lidocaine7/Tetracaine7% ____ g  
6) Diclofenac 1% or 3% ____ g  
7) Hydrocortisone Buty 0.1% ____ g  
8) Doxepin 5% 45 g  
9) Lidocaine/HC __/__% ____ Boxes  
10) Halobetasol 0.05% ____ g  
11) Diflorasone 0.05% ____ g  

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____ [approval given per Dr Dichiara to add doxepin cream 45gm by phone 07/24/20] NPI: _____  
Phone: _____ Fax: _____

◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____ Date: 7/24/20  Refills: 2

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

1. ◯ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
   WITH Lidocaine/HC __/__ % #3boxes
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
   ◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2. ◯ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

3. ◯ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4. ◯ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5. ◯ _____ %
   _____ %
   _____ %

*QTY _____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

### Add on/substitution

1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes
10) Halobetasol 0.05% __50__ g
11) Diflorasone 0.05% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

ok benji

Physician name _____ NPI: _____
Phone: _____ Fax: _____
◯ The pharmacy may substitute based on insurance coverage or limitations.   INITIAL _____

Physician's Signature: _____ Date: 7/10/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  Pain/Inflammation
Knoxville, TN 37919
Phone: 865-337-5887   Fax: 865-337-5889


Rocky Hill Pharmacy

SENT  Y  N

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name:_____ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1 ◯ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty 120g

2 ◯ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty 360g

WITH Lidocaine/HC ___/___% #3boxes        WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)     OR WITH Lidocaine 5% 150g
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3 ◯ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4 ◯ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5 ◯ _____ %
   _____ %
   _____ %
   _____ %

*QTY_____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

**Add on/substitution**

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% _____ g
7) Hydrocortisone Buty 0.1% [120g ok] g
9) Tacrolimus 0.03% oint _____ g
11) Diflorasone 0.05% _____ g

per benji

2) Calcipotriene 0.005% _____ g
4) Fluocinonide 0.1% cream _____ g
6) Diclofenac 1% or 3% _____ g
8) Doxepin 5% _____ g
10) Lidocaine/HC ___/___% _____ Boxes

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____
Phone:_____ Fax:_____
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature:_____ Date: 4/17/20  Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889  
SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: M_____ G_____ DO_____ SSN:_____  
Address:_____ Phone:_____  
Allergies:_____ Pharmacy:_____

1) Diclofenac ____ 3%  
   Baclofen ____ 2%  
   Cyclobenzaprine ____ 2%  
   Ketoprofen ____ 4%  
   ____ %  
   Qty __120g__  
WITH Lidocaine/HC __/__% #3boxes  
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)  
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2) Ketoprofen ____ 10%  
   Amitriptyline ____ 2%  
   Diclofenac ____ 2%  
   ____ %  
   Qty __360g__  
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
OR WITH Lidocaine 5% 150g

3) Ketoprofen ____ 2%  
   Lidocaine ____ 2%  
   Cyclobenzaprine ____ 1%  
   ____ %

4) Baclofen ____ 1%  
   Cyclobenzaprine ____ 1%  
   Lidocaine ____ 2%  
   ____ %

5) ____ %  
   ____ %  
   ____ %

*QTY_____  
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

Add on/substitution  
1) Lidocaine 5% ____ g  
3) Taclonex ____ g  
5) Lidocaine7/Tetracaine7% ____ g  
7) Hydrocortisone Buty 0.1% ____ g  
9) Lidocaine/HC __/__% ____ Boxes  
11) Diflorasone 0.05%  120  g  
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.  (30  
 1-2    1-3                                                                                    DS)

2) Calcipotriene 0.005% ____ g  
4) Fluocinonide ____% cream ____ g  
6) Diclofenac 1% or 3% ____ g  
8) Doxepin 5% ____ g  
10) Halobetasol 0.05% ____ g

Physician name _Dr. Dichiara_  NPI: 1104118835  
Phone: 865-633-9469   Fax: 865-633-9474  
○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____  Date: 11/18/20  Refills: 2  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

k per office